**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000347
03-JAN-2020
09:31 AM**

NO. CAAP-19-0000347

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

IN THE MATTER OF
PATRICIA UEDA, Appellant-Applicant-Appellant, v.
DEPARTMENT OF HUMAN SERVICES, STATE OF HAWAI'I; PANKAJ BHANOT,
Director; STEVEN ROYAL, Hearing Officer, Appellees-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 18-1-0676)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Fujise, Presiding Judge, Chan and Hiraoka, JJ.)

Upon consideration of the Stipulation and Request for
Order to Dismiss Appeal, filed on December 4, 2019, by Appellees-
Appellees Department of Human Services, State of Hawai'i, Pankaj
Bhanot, Director, and Steven Royal, Hearing Officer, the papers
in support, and the record, it appears that (1) the appeal has
been docketed; (2) pursuant to Hawai'i Rules of Appellate
Procedure Rule 42(b), the parties stipulate to dismiss the appeal
and bear their own attorneys' fees and costs; and (3) the

stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed. The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawai'i, January 3, 2020.

Presiding Judge

Associate Judge

Associate Judge

2